**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6411**

---

JONATHAN R. WILSON,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (CA-98-1107)

---

Submitted:  July 8, 1999          Decided:  July 15, 1999

---

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Jonathan R. Wilson, Appellant Pro Se.  Mary Kathleen Beatty Martin, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jonathan Wilson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Wilson's petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). Wilson's § 2254 petition was time-barred because it was filed more than one year after Wilson's conviction became final. See 28 U.S.C.A. § 2244(d)(1)(A) (West Supp. 1999). Accordingly, we deny a certificate of appealability and dismiss the appeal. We deny Wilson's motion for a transcript at Government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

DISMISSED

2